| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-11974-PMM**

Felix Rosario, Jr
2236 Raymond Avenue
Reading  PA    19605

Petition Filed Date: 07/28/2022
341 Hearing Date: 08/30/2022
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.