UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Felix Rosario, Jr<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.22-11974-PMM |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 27th day of October, 2022, by first class mail upon those listed below:

Felix Rosario, Jr
2236 Raymond Avenue
Reading, PA  19605

**Electronically via CM/ECF System Only:**

McCRYSTAL LAW OFFICES
MICHAEL J McCRYSTAL ESQ
326 MAIN STREET
SUITE 1
EMMAUS, PA  18049

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee