United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                           Case No. 22-11974-pmm

Felix Rosario, Jr                                                     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                       User: admin                                      Page 1 of 3

Date Rcvd: Nov 17, 2022                             Form ID: pdf900                            Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Felix Rosario, Jr, 2236 Raymond Avenue, Reading, PA 19605-3033 |
| 14709272 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14709274 | + | Comenityl/Prcpgd, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14712047 | + | Pennymac Loan Services,LLC, c/o Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14709294 | + | Petro Home Services, 4025 Pottsvile Pike, Reading, PA 19605-1201 |
| 14709295 | + | Regency Finance Compan, 3225 N 5th St, Reading, PA 19605-2451 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 18 2022 00:06:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2022 00:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14709271 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2022 00:16:58 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14709273 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2022 00:06:00 | Comenitycb/dtlfirstfin, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14709275 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2022 00:17:13 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14709276 | | Email/Text: bankruptcy@diamondcu.com | Nov 18 2022 00:06:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |
| 14709279 | + | Email/Text: bankruptcy@diamondcu.com | Nov 18 2022 00:06:00 | Diamond Cu, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464-3281 |
| 14709286 | | Email/Text: administrative@foundationfinance.com | Nov 18 2022 00:07:00 | Foundation Finance Company, Attn: Bankruptcy, Po Box 437, Schofield, WI 54476 |
| 14726828 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 18 2022 00:07:00 | Foundation Finance Company, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 772813, Chicago IL 60677-2813 |
| 14726658 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 18 2022 00:07:00 | Foundation Finance Company, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St Cloud, MN 56302-7999 |
| 14734526 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 27 |

| | | | Nov 18 2022 00:07:00 | Jefferson Capital Systems, LLC Assignee, PO Box 772813, Chicago IL 60677-2813 |
|---|---|---|---|---|
| 14709287 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 18 2022 00:06:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14709290 | + | Email/PDF: cbp@onemainfinancial.com | Nov 18 2022 00:17:05 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14711965 | ^ | MEBN | Nov 18 2022 00:02:07 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14709293 | + | Email/PDF: ebnotices@pnmac.com | Nov 18 2022 00:17:13 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14721598 | + | Email/PDF: ebnotices@pnmac.com | Nov 18 2022 00:17:13 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14709298 | ^ | MEBN | Nov 18 2022 00:01:56 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14709299 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2022 00:17:11 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14709300 | + | Email/Text: bncmail@w-legal.com | Nov 18 2022 00:06:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14709302 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 18 2022 00:06:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14709303 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 18 2022 00:16:58 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14709277 | *P++ | DIAMOND CREDIT UNION, ATTN COLLECTIONS DEPARTMENT, 1600 MEDICAL DRIVE, POTTSTOWN PA 19464-3242, address filed with court:, Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |
| 14709278 | *P++ | DIAMOND CREDIT UNION, ATTN COLLECTIONS DEPARTMENT, 1600 MEDICAL DRIVE, POTTSTOWN PA 19464-3242, address filed with court:, Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |
| 14709280 | *+ | Diamond Cu, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464-3281 |
| 14709281 | *+ | Diamond Cu, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464-3281 |
| 14709282 | *+ | Diamond Cu, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464-3281 |
| 14709283 | *+ | Diamond Cu, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464-3281 |
| 14709284 | *+ | Diamond Cu, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464-3281 |
| 14709285 | *+ | Diamond Cu, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464-3281 |
| 14709288 | *+ | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14709289 | *+ | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14726296 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14709291 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14709292 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14709296 | *+ | Regency Finance Compan, 3225 N 5th St, Reading, PA 19605-2451 |
| 14709297 | *+ | Regency Finance Compan, 3225 N 5th St, Reading, PA 19605-2451 |
| 14709301 | ##+ | TD Retail Card Services, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 27 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

**Name**            **Email Address**

DENISE ELIZABETH CARLON
 on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

MICHAEL J. MCCRYSTAL
 on behalf of Debtor Felix Rosario  Jr mccrystallaw@gmail.com, sueparalegal@gmail.com

SCOTT F. WATERMAN (Chapter 13)
 ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Felix Rosario, Jr<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-11974-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 17, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE